

**SHALOM LAW** PLLC

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 8, 2020

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Adjourned to Thursday, February 6, 2020, at 4:30pm.*
*So Ordered.*
*1/8/20 /s/ J. Koeltl*
*USDJ*

Re: *Morgan v. Shopperschoice.com, L.L.C* Civil Action No. 1:19-CV-10685-JGK

Dear Judge Koeltl:

We represent Plaintiff Jon R. Morgan in the above-referenced matter. We write jointly with Defense counsel pursuant to Rule 1.E of Your Honor's Individual Motion Practices and Rules, to request an adjournment of the Initial Conference to February 6, 2020, February 11, 2020, February 12, 2020 or another date that is convenient for the Court.

The Initial Conference is currently scheduled for January 23, 2020. The parties respectfully request an adjournment because the undersigned will be traveling out of state and will not be able to be present in Court. The parties conferred, and counsel for both parties are available on February 6, 2020, February 11, 2020, February 12, 2020 or another date that is convenient for the Court.

This is the first request for an adjournment of the Initial Conference. No other deadlines have been scheduled in this case, and accordingly, the requested adjournment will not impact any dates previously scheduled after the current Initial Conference date.

We thank the Court for its attention to this matter.

Sincerely,

Jonathan Shalom

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1-9-2020__