UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 2-4-20

JON MORGAN,

                Plaintiff,        19cv10685 (JGK)

    - against -              ORDER

SHOPPERSCHOICE.COM, LLC.,

                Defendant.

JOHN G. KOELTL, District Judge:

This case will be transferred shortly to Judge Vyskocil. The conference scheduled for February 6, 2020 is adjourned sine die. The parties are directed to request a new conference with Judge Vyskocil after the case has been formally transferred.

SO ORDERED.

Dated:    New York, New York
          February 4, 2020

                                        John G. Koeltl
                               United States District Judge